IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CAMILLA KRUITBOSCH,**
**and LAURA JUNIO,**

    **Plaintiffs,**

v.                                        Case No. 1:25-cv-20-AW-MAF

**JOHN PATRICK O'NEAL, and**
**SUSAN SPIVEY O'NEAL,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiffs sued Defendants, raising several claims related to a horse transaction. After allowing several amendments, the magistrate judge recommends dismissal for failure to state a claim.[1] ECF No. 18. Plaintiffs have filed objections, ECF No. 19, and I have considered the matter de novo. I agree with the magistrate judge that Plaintiffs have not stated any claim.

This court has subject-matter jurisdiction because Plaintiffs base some claims on federal law and their state-law claims are related. *See* 28 U.S.C. § 1331, § 1367. But as the magistrate judge notes, Plaintiffs have not pleaded facts to state any plausible claim.

---

[1] The magistrate judge reviewed the complaint based on Plaintiffs' *in forma pauperis* status. *See* 28 U.S.C. § 1915(e)(2).

1

In their objections, Plaintiffs contend "a complaint must be assessed based on its factual allegations, not dismissed over formatting concerns." ECF No. 19 at 2. Here, as noted above, there are insufficient factual allegations. This dismissal is not based on formatting concerns.

Plaintiffs also "object to judicial bias affecting this case." *Id.* But they have shown none. Moreover, on a de novo review, I reach the same conclusion the magistrate judge reached: as a matter of law, Plaintiffs have not stated any claim.

It is now ordered that the report and recommendation is adopted and incorporated into this order. Plaintiffs' objections are overruled. The clerk will enter a judgment that says, "This case is dismissed on the merits for failure to state a claim." The clerk will then close the file.

SO ORDERED on June 30, 2025.

s/ *Allen Winsor*  
Chief United States District Judge